RECEIVED
DEC 2? 2023
RICHARD W. NAGEL, CLERK OF COURT
COLUMBUS, OHIO

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| EBONY D. TAYLOR, individually in her capacity | ) | |
| Plaintiff, | ) | |
| vs. | ) | |
| CARLOS M. CHRISTIAN | ) | Civil Action No. |
| Christian. | ) | |
| | ) | |
| | ) | 2:23 CV 4260 |
| | ) | JUDGE WATSON |
| | ) | |
| | ) | MAGISTRATE JUDGE VASCURA |
| | ) | |

SUBJECT MATTER: TITLE 17 USC 201 AND 18 USC 3129

**I. PARTIES TO THE ACTION**

    **Plaintiff:**

    Ebony D. Taylor

    4581 Fairgrove Road, Columbus, OH 43231

    **Defendant:**

    Carlos M. Christian

    490 Meadows Blvd, Pickerington, OH 43147

**II. SUBJECT MATTER JURISDICTION**

The Plaintiff brings this action under the jurisdiction conferred by **Title 17 U.S.C. § 201**, pertaining to copyright matters, and **Title 18 U.S.C. § 3129**, concerning False Claims Act violations, within the jurisdiction of this Court.

**III. STATEMENT OF CLAIM**

Plaintiff Ebony Taylor seeks immediate court intervention due to alleged violations committed by Defendant Carlos M. Christian, which infringe upon statutory regulations and ethical norms crucial for tax-exempt nonprofit Organizations. Christian's alleged misconduct while serving as a **Board Member and President** of The Starts Within Organization significantly undermines **governance standards**, compromising organizational integrity.

Specifically, Christian's actions contravene Conflict of Interest Policies, leading to uncovered **financial irregularities totaling $78,104 between 2020-2023**. These actions present a severe risk to **Plaintiff's capacity to govern federal grant funds** and uphold reporting obligations, potentially violating federal, state, and commercial codes.

**IV. RELIEF**

Plaintiff seeks immediate injunctive relief, including a Temporary Restraining Order, to halt Christian's unauthorized activities, preserve evidence, and protect organizational assets for continued capacities.

Respectfully Submitted and Executed this 28th day of December 2023

*Ebony Taylor*

Ebony D. Taylor